IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA STATE CONFERENCE OF THE NAACP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK LLOYD MCCRORY, in his official capacity as the Governor of North Carolina, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-658 |
| LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF NORTH CAROLINA, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-660 |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF NORTH CAROLINA, et al., <br><br> Defendants. | Civil Action No. 1:13-CV-861 |

**DEFENDANTS' MOTION IN LIMINE**

Defendants move to exclude the following evidence or testimony at trial: (1) a supplemental report by NAACP expert witness Allen Lichtman served on June 9, 2015; (2) Dr. Lichtman's matching analysis comparing the database maintained by the State Board of Elections and the Division of Motor Vehicles for purposes of proving discriminatory intent by the General Assembly; (3) emails from DMV customers; (4) expert opinion on legal conclusions; and (5) newspaper articles.

In support of this motion defendants have attached a copy of Dr. Lichtman's supplemental report (Exhibit 1) and a supporting memorandum.

This the 30th day of June, 2015.

ROY COOPER
ATTORNEY GENERAL OF NORTH CAROLINA

/s/ Alexander McC. Peters
Alexander McC. Peters
Senior Deputy Attorney General
N.C. State Bar No. 13654
apeters@ncdoj.gov

/s/ Katherine A. Murphy
Katherine A. Murphy
Special Deputy Attorney General
N.C. State Bar No. 26572
kmurphy@ncdodoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
*Counsel for Defendants North Carolina and State Board of Election Defendants.*


OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr
N.C. State Bar No. 10871
Phillip J. Strach
N.C. State Bar No. 29456
thomas.farr@ogletreedeakins.com
phil.strach@ogletreedeakins.com
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone: (919) 787-9700
Facsimile: (919) 783-9412
*Co-counsel for Defendants North Carolina and State Board of Election Defendants.*

3

BOWERS LAW OFFICE LLC

By: /s/ Karl S. Bowers, Jr.
Karl S. Bowers, Jr.*
Federal Bar #7716
P.O. Box 50549
Columbia, SC 29250
Telephone: (803) 260-4124
E-mail: butch@butchbowers.com
*appearing pursuant to Local Rule 83.1(d)
*Counsel for Governor Patrick L. McCrory*

By: /s/ Robert C. Stephens
Robert C. Stephens (State Bar #4150)
General Counsel
Office of the Governor of North Carolina
20301 Mail Service Center
Raleigh, North Carolina 27699
Telephone: (919) 814-2027
Facsimile: (919) 733-2120
E-mail: bob.stephens@nc.gov
*Counsel for Governor Patrick L. McCrory*

4

# CERTIFICATE OF SERVICE

I, Thomas A. Farr, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification of the same to the following:

*Counsel for United States of America*:

| | |
|---|---|
| T. Christian Herren, Jr. | Gill P. Beck |
| John A. Russ IV | Special Assistant United States Attorney |
| Catherine Meza | Office of the United States Attorney |
| David G. Cooper | United States Courthouse |
| Spencer R. Fisher | 100 Otis Street |
| Elizabeth M. Ryan | Asheville, NC 28801 |
| Jenigh Garrett | |
| Attorneys, Voting Section | |
| Civil Rights Division | |
| U.S. Department of Justice | |
| Room 7254-NWB | |
| 950 Pennsylvania Avenue, N.W. | |
| Washington, DC 20530 | |

*Counsel for NCAAP Plaintiffs:*

| | |
|---|---|
| Penda D. Hair | Adam Stein |
| Edward A. Hailes, Jr. | TIN FULTON WALKER & OWEN |
| Denise D. Liberman | 312 West Franklin Street |
| Donita Judge | Chapel Hill, NC 27516 |
| Caitlin Swain | astein@tinfulton.com |
| ADVANCEMENT PROJECT | |
| Suite 850 | Thomas D. Yannucci |
| 1220 L Street, N.W. | Daniel T. Donovan |
| Washington, DC 20005 | Susan M. Davies |
| phair@advancementproject.com | K. Winn Allen |
| | Uzoma Nkwonta |
| Irving Joyner | Kim Knudson |
| P.O. Box 374 | Anne Dechter |
| Cary, NC 27512 | Bridget O'Connor |
| ijoyner@nccu.edu | Jodi Wu |
| | Kim Rancour |
| | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth St., N.W. |
| | Washington, DC 20005 |
| | tyannucci@kirkland.com |

5

*Counsel for League of Women Voter Plaintiffs:*

| | |
|---|---|
| Anita S. Earls | Laughlin McDonald |
| Allison J. Riggs | ACLU Voting Rights Project |
| Clare R. Barnett | 2700 International Tower |
| Southern Coalition for Social Justice | 229 Peachtree Street, NE |
| 1415 Hwy. 54, Suite 101 | Atlanta, GA 30303 |
| Durham, NC 27707 | lmcdonald@aclu.org |
| anita@southerncoalition.org | |
| | |
| Dale Ho | Christopher Brook |
| Julie A. Ebenstein | ACLU of North Carolina Legal Foundation |
| ACLU Voting Rights Project | PO Box 28004 |
| 125 Broad Street | Raleigh, NC 27611-8004 |
| New York, NY 10004 | cbrook@acluofnc.org |
| dale.ho@aclu.org | |

*Counsel for the Intervening Plaintiffs*:

| | |
|---|---|
| John M. Davaney | Edwin M. Speas, Jr. |
| jdevaney@perkinscoie.com | espeas@poynerspruill.com |
| Marc E. Elias | John W. O'Hale |
| melias@perkinscoie.com | johale@poynerspruill.com |
| Kevin J. Hamilton | Caroline P. Mackie |
| khamilton@perkinscoie.com | cmackie@poynerspruill.com |
| Elisabeth Frost | POYNER SPRUILL, LLP |
| efrost@perkinscoie.com | 301 Fayetteville St., Suite 1900 |
| PERKINS COIE, LLP | Raleigh, NC 27601 |
| 700 Thirteenth Street, N.W., Suite 600 | |
| Washington, D.C. 20005-3960 | |

This the 30th day of June, 2015.

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr

21589117.1